**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-30388 |
| Plaintiff - Appellee, | D.C. No. 9:09-cr-00023-DWM |
| v. | |
| MICHAEL ANTHONY PETERS, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Donald W. Molloy, District Judge, Presiding

Submitted October 19, 2010[**]

Before:     O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

Michael Anthony Peters appeals from his 120-month mandatory minimum
sentence imposed following his guilty-plea conviction for conspiracy to possess
with intent to distribute heroin, in violation of 21 U.S.C. §§ 841(b)(1)(B) and 846.
We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

   [*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

   [**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Peters contends that his mandatory minimum sentence is substantively unreasonable because it is greater than necessary under 18 U.S.C. § 3553(a). Peters's contention is foreclosed. *United States v. Wipf*, No. 09-50291, 2010 WL 3398258, at *2 (9th Cir. 2010) (Section 3553 does not authorize a court to impose a sentence below the mandatory statutory minimum.).

**AFFIRMED**.

09-30388